# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **INTELLECTROS LLC,**<br><br>                    Plaintiff,<br>v.<br><br>**DEERE & COMPANY,**<br><br>                    Defendants | C.A. No. 4:25-cv-04166-SLD-RLH<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## ORDER

Upon consideration of Defendant Deere & Company's Unopposed Motion for Extension of Time for to Respond to Amended Complaint, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. Defendant shall have until February 13, 2026, to answer or otherwise respond to the Amended Complaint.

SO ORDERED.

Dated: January _____, 2026

_____
Sara L. Darrow
Chief United States District Judge